IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM SMITH,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CITY OF GREENSBORO, POLICE  )<br>CHIEF WILLIE HUDSON, in his  )<br>individual capacity, and MAYOR  )<br>JOHNNIE WASHINGTON, in his  )<br>individual capacity,  )<br>  )<br>   Defendants.  )<br>  ) | Civil Action No. 13-495-CG-M |

## FINAL JUDGMENT

In accordance with the Order granting the defendants' motion for summary judgment, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiff, William Smith. It is, therefore, **ORDERED** that the Plaintiff's claims against Defendants are hereby **DISMISSED with prejudice**. Costs are to be taxed against Plaintiff.

**DONE and ORDERED** this 12th day of March, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE